**97–2507.  Perkins v. Wilkinson Sword, Inc.**
Certified State Law Question, No. 964144.  On request for oral argument.  Request denied.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**98–173.  Gupta v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–A–1152.  On motion for leave to supplement record.  Motion denied.

**98–205.  State v. Yurchiak.**
Medina App. No. 2684–M.  On review of order certifying a conflict.  The court determines that a conflict exists.  *Sua sponte*, cause held for the decision in 97–1778, *State v. Rush*, Stark App. No. 96CA419;  briefing schedule stayed.

**98–358.  State v. Ramsey.**
Clermont App. No. CA97–03–025.  On review of order certifying a conflict.  The court determines that a conflict exists.  *Sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21;  briefing schedule stayed.

**98–367.  State v. Mayhew.**
Jackson App. No. 619.  On motion for leave to file delayed appeal.  Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

**98–396.  State v. Davis.**
Greene App. No. 97–CA–121.  On motion for leave to file delayed appeal.  *Motion denied.*
   MOYER, C.J., dissents.

**98–430.  State v. Hunter.**
Cuyahoga App. Nos. 70933 and 70934.  On motion for leave to file delayed appeal.  Motion denied.
   COOK, J., dissents.

**98–434.  State v. Porter.**
Summit App. No. 15098.  On motion for leave to file delayed appeal.  Motion denied.

**98–441.  State v. Merrill.**
Wood App. No. WD–96–044.  On review of order certifying a conflict.  The court determines that a conflict exists.  *Sua sponte*, cause held for the decision in 97–1778, *State v. Rush*, Stark App. No. 96CA419;  briefing schedule stayed.
   RESNICK, J., not participating.

**98–467.  State v. Naegele.**
Clermont App. No. CA97–04–043.  On review of order certifying a conflict.  The court determines that a conflict exists.  *Sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21;  briefing schedule stayed.

**98–478.  State v. Holland.**
Cuyahoga App. No. 70333.  On motion for leave to file delayed appeal.  Motion denied.
   RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

**98–481.  State v. Sleppy.**
Darke App. No. 96CA1412.  On motion for leave to file delayed appeal.  Motion granted.
   RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–494.  Selander v. Erie Ins. Group.**
Darke App. No. 97CA1432.  On review of order certifying a conflict.  The court determines that a conflict exists;  the parties are to brief the issue certified at pages 3–4 of the court of appeals' Decision and Final Judgment Entry rendered March 3, 1998:
   "Do the provisions of R.C. 3937.18 apply to a policy of primary insurance which provides coverage for claims of liability arising out of the use of hired or non-owned automobiles, but is not issued for delivery with respect to some particular motor vehicle?"
   The conflict case is *Mauler v. Westfield Ins. Co.* (Sept. 28, 1989), Franklin App. Nos. 88AP–914 and 88AP–915, unreported, 1989 WL 112342.
   F.E. SWEENEY, J., dissents.